IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AVION TRAMAINE LAWSON,

        Plaintiff,

v.                                       CASE NO. 5:15-cv-112-RV-GRJ

D. LEAVINS, et al.,

        Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 16, 2015 (doc. 16). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 20), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This cause is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's initiating a new cause of action that complies with Fed. R. Civ. P. 20(a)(2) governing misjoinder of claims and defendants.

**DONE AND ORDERED** this 3rd day of August, 2015.

                      /s/ *Roger Vinson*
                      **ROGER VINSON**
                      **SENIOR UNITED STATES DISTRICT JUDGE**